ACCEPTED
03-15-00637-CV
7983020
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 11:42:54 PM
JEFFREY D. KYLE
CLERK

## COURT OF APPEALS NO. 03-15-00637-CV

## TRIAL COURT CASE NO. D-1-GN-12-002873

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 11:42:54 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **AIRLINX COMMUNICATIONS, INC.** | § | **COURT OF APPEALS** |
| | § | |
| *Appellant,* | § | |
| | § | |
| **v.** | § | |
| | § | **THIRD DISTRICT OF** |
| | § | **TEXAS** |
| **ULTRA ELECTRONICS ADVANCED** | § | |
| **TACTICAL SYSTEMS, INC.** | § | |
| | § | |
| *Appellee.* | § | **TRAVIS COUNTY, TEXAS** |

### MOTION TO EXTEND DEADLINE FOR APPELLANT'S BRIEF

1. Currently the Appellant's first brief is due on December 3, 2015.

2. The Appellant respectfully requests that this brief's deadline be extended by 45 days from this date.

3. The Appellant has had difficulty in retaining other counsel to represent it because its trial attorney will not continue his fee agreement to completion and an adverse arbitration award was received. The Appellant is in the process of retaining new counsel.

4. No time extensions have been granted previously for this brief.

1

MOTION TO EXTEND DEADLINE FOR APPELLANT'S BRIEF

## PRAYER

Based on the foregoing, Appellant AIRLINX Communications, Inc. respectfully requests that the Court immediately grant its Motion to Extend the Deadline for the Appellant's Brief and taxing all costs against the Appellee.

Respectfully submitted,

Tjalling Hoiska (thoiska@airlinx.com)
AIRLINX Communications, Inc. (Appellant)
Box 253
Greenville, NH 03048
Tel: (603) 291-0433

Date: November 24, 2015

MOTION TO EXTEND DEADLINE FOR APPELLANT'S BRIEF

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Jeffrey J. Hobbs, Appellee's counsel, regarding the foregoing motion, and Mr. Hobbs stated that he will not oppose the motion if AIRLINX has retained new counsel. Otherwise Mr. Hobbs will oppose this motion.

**TJALLING HOISKA**

Date: November 24, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument, Motion to Extend Deadline for Appellant's Brief, was delivered via efile on November 24, 2015 to the following:

Attorneys for the Defendant

Mark L. Hawkins (MHawkins@abaustin.com)
Jeffrey J. Hobbs (JHobbs@abaustin.com)
Andrew F. York (ayork@abaustin.com)
**Armbrust & Brown, PLLC**
100 Congress Ave., Suite 1300
Austin, Texas 78701-2744
(512) 435-2371 - Direct Dial
(512) 435-2360 – Facsimile

**TJALLING HOISKA**

Date: November 24, 2015

3

MOTION TO EXTEND DEADLINE FOR APPELLANT'S BRIEF